## Commonwealth *v.* Foreman, Appellant.

Argued December 3, 1973. *Gene D. Cohen*, for appellant; *Louis A. Perez, Jr.*, Assistant District Attorney, with him *David Richman*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.